**Opinion issued June 23, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00273-CR

_____

## CARRICK DEWAYNE GREEN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1412690**

---

## MEMORANDUM OPINION

Appellant, Carrick Dewayne Green, has filed a motion to dismiss his appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). Although the motion does not contain a certificate of conference, this motion has been on file

with the Court for more than ten days with no response filed, and no opinion has issued. *See* TEX. R. APP. P. 10.3(a)(2), 42.2(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Huddle, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).